**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NOVOGENE CO., LTD., *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF DEFENSE, a/k/a
DEPARTMENT OF WAR, *et al.*,

*Defendants*.

Civil Action No. 26-cv-03880

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Novogene Co., Ltd. and Novogene Corporation Inc. moved for a preliminary injunction, asking this Court to order the Department of War to set aside its determination that Novogene Co., Ltd is a "Chinese Military Company" under Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021, Pub. L. No. 116-283, § 1260H, and to order Defendants to remove Novogene Co., Ltd from the Section 1260H list. ECF No. 5-1 at 1. In support of their request, Plaintiffs argue that the Department violated their due process rights under the Fifth Amendment of the Constitution and acted arbitrarily and capriciously and contrary to law under the Administrative Procedure Act. ECF No. 5.

Defendants acknowledge that the D.C. Circuit recently held that the "Constitution . . . require[s] the Secretary [of Defense] to provide" companies they intend to designate as "Chinese Military Companies" pursuant to Section 1260H "notice of the unclassified materials on which he intend[s] to rely and a meaningful opportunity to respond before finalizing the decision." *Hesai Tech. Co. v. U.S. Dep't of Def.*, 186 F.4th 873, 875 (D.C. Cir. 2026). Defendants do not challenge Plaintiffs' contention that *Hesai* currently controls. Nor do they dispute that Plaintiffs were not afforded the procedures set forth in *Hesai* and, as a result, that they are likely to succeed on the merits on their due process claim.

Defendants are in the process of delisting Plaintiff Novogene Co., Ltd and expect to finalize its decision as expeditiously as possible. The delisting, once finalized, will provide Plaintiffs full and complete relief. Accordingly, the Court does not need to rule on the preliminary injunction motion. Once the delisting decision is complete, Defendants will file a notice to apprise the Court and will confer with Plaintiffs on the disposition of this case.

Dated: November 19, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

*<u>/s/ Michael Bruns</u>*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*